FILED
Sep 03 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ORDERED UNSEALED on **09/15/2025   s/ STN**

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>██████████████████<br>██████████████████<br>KOUMRA KOSA (2),<br>　aka *Koom*,<br>　aka *K*,<br>　aka *El arab*,<br>KEVIN DAVIS, JR. (3),<br>██████████████████<br><br>　　　　　　Defendants. | Case No. **'25 CR3428 RSH**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Methamphetamine; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

### Count 1

Beginning on a date unknown to the grand jury and continuing up to and including the date of this Indictment, within the Southern District of California and elsewhere, defendants ████████████████ ██████ KOUMRA KOSA, aka *Koom*, aka *K*, aka *El arab*, KEVIN DAVIS, JR., and ███████████████████████████████ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine (actual); a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

MJPE:nlv:San Diego:9/2/25

### Count 2

On or about September 27, 2023, within the Southern District of California, defendants [REDACTED] and KEVIN DAVIS, JR., did knowingly and intentionally distribute 50 grams and more, to wit: approximately 454 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 3

On or about April 10, 2024, within the Southern District of California, defendants [REDACTED] did knowingly and intentionally distribute 500 grams and more, to wit: approximately 31.9 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants [REDACTED] KOUMRA KOSA, aka *Koom*, aka *K*, aka *El arab*, KEVIN DAVIS, JR., and [REDACTED] shall, upon conviction, forfeit to the United States all their

rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 1 through 3 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: September 3, 2025.

ADAM GORDON
United States Attorney

By: /s/
MARIO J. PEIA
JAY REDD
Assistant U.S. Attorneys

I hereby attest and certify on Sep 03, 2025 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ AI
Deputy

3